UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA SCHMOLL,<br>    Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 3:19-CV-739 |
| v. | )<br>) | (ARBUCKLE, M.J.) |
| ANDREW SAUL,<br>    Defendant | )<br>) | |

### ORDER

In accordance with the accompanying Memorandum, IT IS ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3) Final judgment will be issued in favor of Sandra Schmoll.

(4) The Clerk of Court is directed to CLOSE this case.

Date: June 18, 2020　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge